**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael S. Carvalho | Social Security number or ITIN xxx–xx–1931 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–29529–RG | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael S. Carvalho

1/17/20

**By the court:** Rosemary Gambardella
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 19-29529-RG
Michael S. Carvalho                                             Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin               Page 1 of 2      Date Rcvd: Jan 17, 2020
                              Form ID: 318              Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
db             Michael S. Carvalho,    927 Grandview Ave,    Union, NJ  07083-8320
518513727     +AR Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
518513724      Accurate diagnostic lab,    3000 Hadley Rd,    South Plainfield, NJ  07080-1183
518513733    ++FIRST FINANCIAL RESOURCES INC,    495 OLD CONNECTICUT PATH,    SUITE 220,
               FRAMINGHAM MA 01701-4567
              (address filed with court: First Financial Resour,    495 Old Connecticut Path,
                Framingham, MA  01701-4567)
518513740      Monmouth ocean hospital svc corp,    4806 Megill Rd Ste 3,    Neptune, NJ  07753-6926
518513743      Pnc Bank, N.A.,    PO Box 3180,   Pittsburgh, PA  15230-3180
518513745      Rwj University Hospital Somerset,    Pob 48026,   Newark, NJ  07101-4826
518513741    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: Nj Division Of Taxation,    Pob 245 Bankruptcy Section,
                Trenton, NJ  08695)
518513747     +St Josephs health inc,    po box 14000,    Belfast, ME 04915-4033
518513751     +University hospital,    150 Bergen St,   Newark, NJ 07103-2406
518513752      University physicians associates,    30 Bergen St,    Newark, NJ  07107-3000
518513756      Webbk Yamaha,    6555 Katella Ave,   Cypress, CA  90630-5101
518513723     +abraham morganoff, md,    5 Mountain Blvd,    Warren, NJ 07059-2625
518513725     +advanced rehab medical svc,    po box 1230,    Eatontown, NJ 07724-5230
518513726     +american anesthesiology,    po box 120153,    Grand Rapids, MI 49528-0103
518513728      armac inc,   71 Passaic Ave,    Florham Park, NJ  07932-3040
518513731      david j. jacobs, md,    5 Mountain Blvd Ste 3,    Warren, NJ  07059-2625
518513732     +dermatology ass of central nj,    3548 us route 9 ste 2,    Old Bridge, NJ 08857-2765
518513735     +gem recovery svcs,    po box 85,   Emerson, NJ 07630-0085
518513736     +gps physicians grp of nj,    po box 62939,    Baltimore, MD 21264-2939
518513737     +inform diagnostic inc,    po box 844117,    Dallas, TX 75284-4117
518513742      nj urology llc,    1515 Broad St Ste B130,    Bloomfield, NJ  07003-3085
518513748     +twp of maplewood,    po box 671,   Pittstown, NJ 08867-0671
518513749      union dermatology and skin cancer ctr,     440 Chestnut St Ste 101,    Union, NJ  07083-3100
518513750      union family medicine,    2300 Vauxhall Rd Ste C,    Union, NJ  07083-5038
518513753      us dept of education,    federal offset,    unit box 5277,    Greenville, TX  75401
518513755     +waterview ctr,    536 Ridge Rd,    Cedar Grove, NJ 07009-1669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 18 2020 00:24:52      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 18 2020 00:24:46      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ  07102-5235
518513729      EDI: CAPITALONE.COM Jan 18 2020 04:58:00      Capital One Bank USA N,    PO Box 30281,
                Salt Lake City, UT  84130-0281
518513730      E-mail/PDF: creditonebknotifications@resurgent.com Jan 18 2020 00:29:00      Credit One Bank NA,
                PO Box 98872,    Las Vegas, NV  89193-8872
518513734      EDI: AMINFOFP.COM Jan 18 2020 04:58:00      First Premier Bank,    3820 N Louise Ave,
                Sioux Falls, SD  57107-0145
518513738      EDI: IRS.COM Jan 18 2020 04:58:00      Internal Revenue Service,    POB 7346,
                Philadelphia, PA  19101-7346
518513744     +E-mail/Text: BankruptcyMail@questdiagnostics.com Jan 18 2020 00:25:48      Quest Diagnostic,
                3 Giralda Farms,    Madison, NJ 07940-1027
518513754      E-mail/Text: vci.bkcy@vwcredit.com Jan 18 2020 00:25:02      VW Credit Inc,    2333 Waukegan Rd,
                Deerfield, IL  60015-5508
518513739      E-mail/Text: SM-Rehab-Bankruptcies@selectmedical.com Jan 18 2020 00:25:53
                kessler institute for rehab,    4716 Gettysburg Rd,    Mechanicsburg, PA  17055-4325
518513746     +E-mail/Text: ebn@rwjbh.org Jan 18 2020 00:25:22      st barnabas medical ctr,
                94 Old Short Hills Rd,    Livingston, NJ 07039-5668
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).
```

```
District/off: 0312-2           User: admin              Page 2 of 2                   Date Rcvd: Jan 17, 2020
                               Form ID: 318             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
          Edward Nathan Vaisman    on behalf of Debtor Michael S. Carvalho vaismanlaw@gmail.com,
           G20495@notify.cincompass.com
          Jeffrey Lester    jlester@bllaw.com, NJ19@ecfcbis.com
          Rebecca Ann Solarz    on behalf of Creditor    VW Credit, Inc. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```